

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00423-CV

———————————————————

IN RE TAMMI MCCURDY PRICE, Relator

Original Proceeding
County Court at Law No. 2 of Tarrant County, Texas
Trial Court No. 2025-03816-2

Before Walker, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary injunction and is of the opinion that relief should be denied. Relator seeks relief from municipal court orders. We "may issue a writ of mandamus and all other writs necessary to enforce the jurisdiction of the court . . . against a judge of a district, statutory county, statutory probate county, or county court," not a municipal court. Tex. Gov't Code Ann. § 22.221(a)–(b). Accordingly, relator's petition for writ of mandamus and emergency motion for temporary injunction are denied.

Per Curiam

Delivered: August 19, 2025